UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILTON YOUNG | CIVIL ACTION |
| versus | NO. 12-1847 |
| N. BURL CAIN, WARDEN,<br>LOUISIANA STATE PENITENTIARY | SECTION: "N" (1) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Milton Young** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 22nd day of February, 2013.

UNITED STATES DISTRICT JUDGE